**EXHIBIT B**

# Personal Schedule of Fees

*Effective January 10, 2012*

*Arkansas, Florida, Illinois, Indiana, Iowa, Kansas, Maryland, Michigan, Missouri, Nevada, New Mexico, North Carolina, Oklahoma, Oregon, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.*

## Other Account Fees (cont.)

| Fee Category | Fee Name/Description | Fee Amount | Other Important Information About This Fee | Accounts Qualifying for Waiver of This Fee |
|---|---|---|---|---|
| *Miscellaneous* | Balance Verification – Decedent's Accounts | $20.00 each request | | N/A |
| | Check and Deposit Ticket Orders | Fee varies | | Advantage, Advantage for Seniors — receive free checks or discount on certain styles |
| | Consulate Letter Fee | $20.00 each letter | • Fee applies at banking centers in Metro New York area. | N/A |
| | Deposited Item Returned or Cashed Item Returned Fee (Returned Item Chargeback Fee) | $12.00 each domestic item<br>$15.00 each foreign item | • We charge this fee each time a check or other item that we either cashed for you or accepted for deposit to your account is returned to us unpaid. | N/A |
| | Legal Process Fee | $100.00* each occurrence | *Or such other rate as may be set by law. Fee applies to each legal order or process that directs us to freeze, attach or withhold funds or other property. | N/A |
| | Reference Letter | $10.00 each letter | • For example, Bank of America relationship or deposit history for an international visa application, certain immigration documents, auctions, rental agreements or financial support for a student. | N/A |
| | Stop Payment Fee | $30.00 each request | | Advantage, Advantage for Seniors |
| | Wire Transfers and Drafts, Incoming or Outgoing (U.S. or International) | Fee varies | | Advantage, Advantage for Seniors — waive fee for domestic incoming wire transfers |

Please also review the *Deposit Agreement and Disclosures*.

13